## JOHN DILUCIANO *v.* STATE OF CONNECTICUT MILITARY DEPARTMENT

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 707 (AC 19786), is denied.

*Robert M. Fitzgerald*, in support of the petition.

Decided January 3, 2001

## STATE OF CONNECTICUT *v.* MICHAEL PERSON

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 820 (AC 20189), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 3, 2001